Form 182 – ntchrgpay

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16–28197–VFP
                Chapter: 7
                Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard Michael Maurer
   212 Kenilworth Rd
   Ridgewood, NJ 07450

Social Security No.:
   xxx–xx–9209

Employer's Tax I.D. No.:

### NOTICE OF HEARING FOR FAILURE TO PAY FILING FEE

Please take notice that a hearing for failure to make an installment payment as noted below

will be held on:     November 8, 2016     11:00 AM

at: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

The amount of the unpaid filing fee is:

$240.00

If the balance of the filing fee in the amount noted above is not paid immediately, your case will be dismissed at the hearing. The Clerk's Office will only accept payment in the form of money order, certified check, attorney check, or electronic payment by efiling attorneys. No personal checks or cash will be accepted.

Dated: October 19, 2016
JJW: pam

                                                      James J. Waldron
                                                      Clerk