

**UNITED STATES BANKRUPTCY COURT**
**District of New Jersey**

# memorandum

_____ 50 Walnut St., Room 3017
Newark, NJ 07101-1352
(973) 645-4764

_____ P.O. Box 2067
Camden, NJ 08101-2607
(856) 757-5485

_____ 402 East State Street
Trenton, New Jersey 08608
(609) 989-2200

TO: _____

FROM: James J. Waldron, Clerk

RE: Filing Fees

DATE: _____

CASE NO./
PLEADING: _____

---

This will confirm receipt of the above pleading on _____. This will further confirm receipt of a fee relative to the filing in the amount of $ _____. The filing fee for this document is _____. Please remit the difference in the amount of $ _____ within 24 hours of the receipt of this memo. Failure to do so may result in the issuance of an Order to Show Cause or dismissal of your case.

Please be advised that the United States Bankruptcy Court for the District of New Jersey does not accept cash. Payment must be in the form of attorney check, money order or certified check.

_rev. 10/25/05 jml_