| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| Richard M Maurer
212 Kenilworth Rd
Ridgewood NJ
07450
201 519 9878 |
| In Re: Richard M Maurer |

U S BANKRUPTCY COURT
FILED
NEWARK NJ

16 OCT 18 AM 10: 51

JAMES J. WALDRON
BY: [signature]
DEPUTY CLERK

Case No.: 16-28197 VFP
Chapter: 7
Adv. No.: ___
Hearing Date: ___
Judge: VFP
Judge Papalia

## CERTIFICATION OF SERVICE

1. I, Richard Maurer:

   ☐ represent _____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☒ am the debtor _____ in this case and am representing myself.

2. On 9/10/2016 _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 10/14/2016

Signature: [signed]

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| SRA Assoc<br>401 Minnetonka Rd<br>Hi Nella NJ<br>08083 | collection agency for creditor PNC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NCB Mgmt<br>PO Box 1099<br>Langehorne Pa.<br>19047 | collection agency creditor PNC | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| NES<br>2479 Edison Blvd<br>Twinsburg Ohio<br>44087-2340 | collection agency for creditor PNC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*