**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Richard Michael Maurer** | Social Security number or ITIN  **xxx–xx–9209** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:  **16–28197–VFP**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard Michael Maurer

12/23/16

**By the court:**   Vincent F. Papalia
                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

```
                         United States Bankruptcy Court
                              District of New Jersey

In re:                                                          Case No. 16-28197-VFP
Richard Michael Maurer                                          Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2         User: admin              Page 1 of 1         Date Rcvd: Dec 23, 2016
                             Form ID: 318             Total Noticed: 15


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2016.
db            +Richard Michael Maurer,    212 Kenilworth Rd,    Ridgewood, NJ 07450-5209
tr            +Charles M. Forman,    LeClairRyan,    One Riverfront Plaza,    1037 Raymond Blvd.,
                Suite 16th Floor,    Newark, NJ 07102-5424
516432523     +Dixie Highway,    Inpatient Services,    20900 Biscayne Blvd.,    Aventura, FL 33180-1407
516407960     +Lannis & Restifo,    2100 Rt 208,    Suite 210,    Fairlawn, NJ 07410-2607
516432520      Lannis Restifo,    16-00 NJ 208,    Fairlawn, NJ 07410
516432521     +Miami Dade Fire Rescue,    200 NW 2nd Ave.,    Miami, FL 33128-1735
516455407     +NCB Management Service,    PO Box 1099,    Langehorse PA 19047-6099
516455408     +NES,   2479 Edison Blvd,    Twinsburg, OH 44087-2475
516455406      PNC,   PO Box 1820,    Dayton, Ohio 45401-1820
516407958      PNC Mortgage,    PO Box 1820,    Dayton, OH 45401-1820
516432522     +Rad Phy Solutions,    20801 Biscayne Blvd,    Aventura, FL 33180-1430
516455409     +SRA Assoc.,    401 Minnetonka Road,    HiNella, NJ 08083-2914

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +E-mail/Text: cforman@iq7technology.com Dec 23 2016 22:39:12      Charles M. Forman,
                LeClairRyan,    One Riverfront Plaza,    1037 Raymond Blvd.,    Suite 16th Floor,
                Newark, NJ 07102-5424
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 23 2016 22:37:58      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 23 2016 22:37:54      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516407959     +EDI: HCA2.COM Dec 23 2016 22:28:00      Aventura Hospital,    20900 Biscayne Blvd,
                Aventura, FL 33180-1495
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2016 at the address(es) listed below:
              Charles M. Forman    charles.forman@leclairryan.com,
               lori.capasso@leclairryan.com;cforman@iq7technology.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 2
```