UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

LeClairRyan, A Professional Corporation
1037 Raymond Boulevard
Sixteenth Floor
Newark, NJ 07102
Telephone (973) 491-3600
Facsimile (973) 491-3526
Kim R. Lynch, Esq. (KL-5866)
kim.lynch@leclairryan.com
Proposed Attorneys for Charles M. Forman,
Chapter 7 Trustee

Order Filed on February 23, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RICHARD MICHAEL MAURER

Debtor.

Chapter 7

Case No. 16-28197 (VFP)

Judge: Vincent F. Papalia

Recommended Local Form:    Followed    ☒ Modified

## ORDER AUTHORIZING RETENTION OF LeCLAIRRYAN, A PROFESSIONAL CORPORATION, AS COUNSEL TO THE TRUSTEE

The relief set forth on the following pages, numbered two (2) and two (2) is hereby ORDERED.

DATED: February 23, 2017

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

APPLICANT:    CHARLES M. FORMAN

☒ Trustee:
☒ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.
☐ Debtor:    ☐ Chap. 11    ☐ Chap. 13
☐ Official Committee of _____

PROFESSIONAL:    LeClairRyan, a Professional Corporation

☒ Attorney for:
☒ Trustee    ☐ Debtor-in-Possession
☐ Official Committee of _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The Applicant, Charles M. Forman, Chapter 7 Trustee, be and hereby is authorized to retain the professional, LeClairRyan, a Professional Corporation, as his counsel in this matter. The professional's address is 1037 Raymond Boulevard, Sixteenth Floor, Newark, New Jersey 07102.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the Application was filed with the Court.

2

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Michael Maurer  
       Debtor

Case No. 16-28197-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                    Page 1 of 1          Date Rcvd: Feb 24, 2017
                              Form ID: pdf903                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2017.
db             +Richard Michael Maurer,    212 Kenilworth Rd,    Ridgewood, NJ 07450-5209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2017 at the address(es) listed below:
      Charles M. Forman    charles.forman@leclairryan.com,
       lori.capasso@leclairryan.com;cforman@iq7technology.com
      Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Kim R. Lynch    on behalf of Trustee Charles M. Forman kim.lynch@leclairryan.com,
       kathryn.anema@leclairryan.com
                                                                                                                                           TOTAL: 3