UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                Case No.:    16-28197(VFP)

Richard Michael Maurer                                Chapter:    7

                                                      Judge:    Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

**Charles M. Forman, Chapter 7 Trustee** in this case proposes to abandon Property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
>
> United States Bankruptcy Court
> District of New Jersey
> P.O. Box 1352
> Newark, NJ 07101-1352

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on May 23, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B. If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> The Trustee proposes to abandon the following real property owned by the Debtor on the basis that it is of inconsequential value and burdensome to the estate:
>
> Real property located at 212 Kenilworth Road, Ridgewood, New Jersey with a fair market value of $300,000.

> Liens on property:
>
> First Mortgage held by PNC Bank in the approximate amount of $700,000

> Amount of equity claimed as exempt:
>
> None.

Objections must be served on, and requests for additional information directed to:
Name:          */s/ Kim R. Lynch, Esq.*
Address:       LeClairRyan, PC, 1037 Raymond Boulevard, 16th Floor, Newark, NJ 07102
Telephone No.: ( 973) 491-3600

00627121 - 1

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Michael Maurer  
       Debtor

Case No. 16-28197-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 24, 2017  
                   Form ID: pdf905     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2017.
```
db           +Richard Michael Maurer,    212 Kenilworth Rd,    Ridgewood, NJ 07450-5209
aty          +LeClairRyan, a Professional Corporation,    1037 Raymond Boulevard, Sixteenth Floor,,
               Newark, NJ 07102-5423
516407959    +Aventura Hospital,    20900 Biscayne Blvd,    Aventura, FL 33180-1495
516432523    +Dixie Highway,    Inpatient Services,    20900 Biscayne Blvd.,    Aventura, FL 33180-1407
516407960    +Lannis & Restifo,    2100 Rt 208,    Suite 210,    Fairlawn, NJ 07410-2607
516432520     Lannis Restifo,    16-00 NJ 208,    Fairlawn, NJ 07410
516432521    +Miami Dade Fire Rescue,    200 NW 2nd Ave.,    Miami, FL 33128-1735
516455407    +NCB Management Service,    PO Box 1099,    Langehorse PA 19047-6099
516455408    +NES,    2479 Edison Blvd,    Twinsburg, OH 44087-2475
516455406     PNC,    PO Box 1820,    Dayton, Ohio 45401-1820
516407958     PNC Mortgage,    PO Box 1820,    Dayton, OH  45401-1820
516432522    +Rad Phy Solutions,    20801 Biscayne Blvd,    Aventura, FL 33180-1430
516455409    +SRA Assoc.,    401 Minnetonka Road,    HiNella, NJ 08083-2914
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 24 2017 23:27:57     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 24 2017 23:27:53     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2017 at the address(es) listed below:
```
          Charles M. Forman    charles.forman@leclairryan.com,
           lori.capasso@leclairryan.com;cforman@iq7technology.com
          Denise E. Carlon   on behalf of Creditor   PNC Bank, National Association dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kim R. Lynch    on behalf of Trustee Charles M. Forman kim.lynch@leclairryan.com,
           kathryn.anema@leclairryan.com
                                                                                             TOTAL: 3
```